Stefan Coleman, *Trial Counsel*
Florida Bar No. 30188
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Blvd., 28th Floor
Miami, Florida  33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
Email:  law@stefancoleman.com

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:13-cv-827-Orl-36TBS

AMPARITO GONZALEZ, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

ETOURANDTRAVEL, INC., a Florida
corporation; KOSMAS GROUP
INTERNATIONAL, INC., a Florida corporation;
STEVEN P. KOSMAS, individually; and
J. LANCE CROFT, individually,

Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_   IS related to pending or closed civil or criminal case(s) previously filed in

this Court, or any other Federal or State court, or administrative agency as

indicated below:

_____

_____

_____

_____

 XX   IS NOT related to any pending or closed civil or criminal case filed with

this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF

OTHER ACTIONS upon each party no later than fourteen days after appearance of the

party.

RESPECTFULLY SUBMITTED AND DATED this 17th day of June, 2013.

LAW OFFICES OF STEFAN COLEMAN

By:  /s/ Stefan Coleman, Florida Bar #30188
     Stefan Coleman, *Trial Counsel*
     Florida Bar No. 30188
     201 South Biscayne Blvd., 28th Floor
     Miami, Florida  33131
     Telephone: (877) 333-9427
     Facsimile: (888) 498-8946
     Email:  law@stefancoleman.com

- 3 -

Beth E. Terrell, *Trial Counsel*
  (Pro Hac Vice Motion to be Filed)
Michael D. Daudt*, Trial Counsel*
  (Pro Hac Vice Motion to be Filed)
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com
Email:  mdaudt@tmdwlaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Stefan Coleman, hereby certify that on June 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances

*Attorneys for Defendants*

DATED this 17th day of June, 2013.

LAW OFFICES OF STEFAN COLEMAN

By:  /s/ Stefan Coleman, Florida Bar #30188
Stefan Coleman, *Trial Counsel*
Florida Bar No. 30188
201 South Biscayne Blvd., 28th Floor
Miami, Florida  33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
Email:  law@stefancoleman.com