UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMPARITO GONZALEZ,

    Plaintiff,

v.                                       Case No: 6:13-cv-827-Orl-36TBS

ETOURANDTRAVEL, INC., KOSMAS
GROUP INTERNATIONAL, INC.,
STEVEN P. KOSMAS and J. LANCE
CROFT,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On October 17, 2013 both Plaintiff and Defendants filed Rule 26 disclosures with the Court. (Docs. 38, 39). Federal Rule of Civil Procedure 5 provides in pertinent part that "disclosures under Rule 26(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing[.]" FED. R. CIV. P. 5(d)(1). Similarly, the local rules states that material disclosed pursuant to Rule 26 "shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary . . . ." M.D. FLA. R. 3.03(d). None of these factors exist to trigger the filing of Plaintiff or Defendants' Rule 26 disclosures. Upon consideration of the foregoing, I hereby **STRIKE** the filings at docket entries 38 and 39.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties