# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMPARITO GONZALEZ,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

Case No.
6:13-cv-00827-CEH-TBS

ETOURANDTRAVEL, INC.,
a Florida corporation;
KOSMAS GROUP INTERNATIONAL, INC.,
a Florida corporation;
STEVEN P. KOSMAS, individually; and
J. LANCE CROFT, individually,

Defendants.
_____________________________________/

**DECLARATION OF JOSEPH C. SULLIVAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL INTERROGATORY ANSWERS AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

1. My name is Joseph C. Sullivan. I am over the age of eighteen (18) and competent to give this Declaration.

2. I am an attorney in the law firm Taylor English Duma LLP in Atlanta, Georgia and serve as co-counsel for Defendants in this matter. I have been admitted, *pro hac vice*, before this Court and I am a member in good standing of the Georgia State Bar.

3. This Declaration is given for use in support of Defendants' Response in Opposition to Plaintiff's Motion to Compel Interrogatory Answers and Motion to

Compel Production of Documents ("Defendants Response") in the above-styled action, and for all other purposes permitted by law.

4. Unless otherwise noted, I have personal knowledge of the facts set forth in this Declaration.

5. Attached collectively as Exhibit "B" to Defendants' Response are true and correct copies of Defendants' Objections and Responses to Plaintiff's First Interrogatories and First Request for Production of Documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2014

/s/ Joseph C. Sullivan
JOSEPH C. SULLIVAN
*Admitted Pro Hac Vice*