IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:13-cv-827-Orl-36TBS

AMPARITO GONZALEZ, individually and on
behalf of all others similarly situated,

                       Plaintiff,

  v.

ETOURANDTRAVEL, INC., a Florida
corporation; KOSMAS GROUP
INTERNATIONAL, INC., a Florida corporation;
STEVEN P. KOSMAS, individually; and
J. LANCE CROFT, individually,

                       Defendants.
_____/

**PLAINTIFF'S RULE 56(d) MOTION TO DENY SUMMARY JUDGMENT AS PREMATURE**

Plaintiff Amparito Gonzalez ("Gonzalez"), through her counsel and pursuant to Rule 56(d) of the Federal Rules of Civil Procedure and Local Rule 3.01, hereby moves this Court for an order denying, as premature, Defendants' Dispositive Motion for Summary Judgment (Dkt. 47).

Rule 56(d) provides that summary judgment may be denied where the court concludes that additional discovery is necessary and warranted to development develop the relevant facts. *See Kennedy v. Silas Mason Co.*, 334 U.S. 249, 257, 68 S. Ct. 1031, 92 L. Ed. 1347 (1948) (vacating summary judgment to allow opportunity to create more complete facts). When a summary judgment motion is filed early in the litigation, before

there has been a realistic opportunity for discovery, courts generally grant Rule 56(d) postponements freely. *Burlington Northern Santa Fe Railroad Co. v. Assiniboine and Sioux Tribes of Fort Peck Reservation*, 323 F.3d 767, 773-74 (9th Cir. 2003). Courts have found that summary judgment is only proper when plaintiffs have had an adequate time for discovery. *Doe v. Abington Friends School*, 480 F. 3d 252, 257 (3d Cir. 2007).

Plaintiff has propounded discovery requests that seek information and documents relevant to factual issues presented Defendants' summary judgment motion. For example, Plaintiff's Request for Production No. 29 asks for "all agreements in effect between [ETour] and Oasis Travel Group between June 1, 2002 and the present time." Defendants' response to that request was to object on the grounds that it was not relevant to class certification. Declaration of Michael Daudt in Support of Plaintiff's Rule 56(d) Motion To Deny Summary Judgment As Premature ("Daudt Decl.") ¶ 2, Ex. A. Plaintiff has been forced to file motions to compel relating to this and other discovery requests. (Dkts. 44 and 45.) Those motions are pending. Meanwhile, Defendants' summary judgment motion s is supported by a declaration asserting that Oasis Travel Group "was a former telemarketing sales agent of ETour." Declaration of J. Lance Croft (Dkt. 51-1) ¶ 6. Plaintiff is entitled to production of any agreements between Oasis and ETour to challenge Defendants' assertions.

Plaintiff has also served a notice of deposition pursuant to Rule (30)(b)(6) seeking discovery into the other statements in Mr. Croft's declaration. Daudt Decl. ¶ 3, Ex. B. Plaintiff should be allowed a reasonable opportunity to conduct that deposition, and get responses to her written discovery requests.

RESPECTFULLY SUBMITTED AND DATED this 26th day of February, 2014.

> TERRELL MARSHALL DAUDT
>   & WILLIE PLLC
>
>
> By: /s/ Michael D. Daudt, *Admitted Pro Hac Vice*
>   Beth E. Terrell, *Trial Counsel,*
>     *Admitted Pro Hac Vice*
>   Michael D. Daudt, *Trial Counsel,*
>     *Admitted Pro Hac Vice*
>   936 North 34th Street, Suite 300
>   Seattle, Washington 98103-8869
>   Telephone: (206) 816-6603
>   Facsimile: (206) 350-3528
>   Email: bterrell@tmdwlaw.com
>   Email: mdaudt@tmdwlaw.com
>
>   Stefan Coleman, *Trial Counsel*
>   Florida Bar No. 30188
>   LAW OFFICES OF STEFAN COLEMAN
>   201 South Biscayne Blvd., 28th Floor
>   Miami, Florida 33131
>   Telephone: (877) 333-9427
>   Facsimile: (888) 498-8946
>   Email: law@stefancoleman.com
>
> *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Michael D. Daudt, hereby certify that on February 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> K. Michael Swann, Florida Bar #0442410
> SNYDERBURN, RISHOI & SWANN, LLP
> 2250 Lucien Way, Suite 140
> Maitland, Florida  32751
> Telephone: (407) 647-2005
> Facsimile: (407) 647-1522
> Email:  mswann@srslaw.net
>
> Joseph C. Sullivan, *Admitted Pro Hac Vice*
> TAYLOR, ENGLISH, DUMA LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia  30339
> Telephone: (770) 434-6868
> Facsimile:  (770) 434-7376
> Email:  jsullivan@taylorenglish.com
>
> *Attorneys for Defendants*

DATED this 26th day of February, 2014.

> TERRELL MARSHALL DAUDT
>   & WILLIE PLLC
>
>
> By:  /s/ Michael D. Daudt, *Admitted Pro Hac Vice*
>       Michael D. Daudt, *Trial Counsel,*
>         *Admitted Pro Hac Vice*
>       936 North 34th Street, Suite 300
>       Seattle, Washington  98103-8869
>       Telephone:  (206) 816-6603
>       Facsimile:  (206) 350-3528
>       Email:  mdaudt@tmdwlaw.com