**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMPARITO GONZALEZ,**

        **Plaintiff,**

v.                                    Case No:   6:13-cv-827-Orl-40TBS

**ETOURANDTRAVEL, INC., KOSMAS GROUP INTERNATIONAL, INC., STEVEN P. KOSMAS and J. LANCE CROFT,**

        **Defendants.**

### ORDER OF DISMISSAL

Upon the parties' Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. No. 77), filed September 23, 2014, it is **ORDERED** and **ADJUDGED** that

    1.    This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    2.    Each party shall bear their own attorneys' fees, costs and expenses.

    3.    Any pending motions are hereby **DENIED** as moot.

    4.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 30, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record